# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2015

### NO. 03-11-00680-CV

**Appellant, Paul DeNucci, Individually, and in his
Derivative Capacity on behalf of eStrategy Solutions, Inc.//
Cross-Appellants, John Matthews, Steve Matt and eStrategy Solutions, Inc.**

**v.**

**Appellees, John Matthews, Steve Matt and eStrategy Solutions, Inc.//
Cross-Appellee, Paul DeNucci, Individually, and in his
Derivative Capacity on behalf of eStrategy Solutions, Inc.**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on August 1, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment except as to the $39,783 in interest charges awarded to eStrategy Solutions, Inc. as damages for John Matthews' breach of fiduciary duty. Concluding there is some evidence of damages but insufficient evidence to support the full amount awarded, the Court reverses that portion of the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. In all other respects the judgment of

the trial court is affirmed.  Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.